# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANGELO MIKALE BREASHEARS, "J.M.," and "C.M.," | Case No. 21-CV-0713 (PJS/KMM) |
| Plaintiffs, | |
| v. | **ORDER** |
| DOROTHY DAY LIMITED PARTNERSHIP LLC, MICHELLE LONGWERTH, and CATHOLIC CHARITIES, | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Katherine M. Menendez dated April 12, 2021 (ECF No. 5 ("April 2021 R&R")), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff Angelo Mikale Breashears's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** as to claims by Breashears on behalf of his children.

Furthermore, based upon the April 2021 R&R's order that Breashears file an amended complaint, along with all the files and records, and no amended complaint having been filed, **IT IS HEREBY ORDERED THAT**:

1. the remainder of the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b); and

2. Breashears's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 20, 2021            s/Patrick J. Schiltz_____
                               Patrick J. Schiltz
                               United States District Judge